IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America *ex rel.* Deidre Gentry, | § § § § | |
| *Plaintiff,* | § § | Case No. 4:23-cv-01291 |
| v. | § § | |
| Encompass Rehabilitation Hospital, | § § | |
| *Defendant.* | § § § | |

## MINUTE ORDER

On March 25, 2024, the Court convened a conference to clarify the parties' positions regarding the motion to dismiss filed by Defendant Encompass Rehabilitation (Dkt. 19) and Relator Deidre Gentry's motion for leave to amend her complaint (Dkt. 24), which was amended to include a certificate of conference (Dkt. 25). On the record, Defendant agreed to withdraw its motion to dismiss (Dkt. 19) and file a renewed motion to dismiss that addresses the allegations in the new proposed amended complaint.

It is therefore **ORDERED** that Relator's motion for leave to file an amended complaint (Dkt. 24, 25) is **GRANTED**. Relator must file her new amended complaint no later than **March 27, 2024**.

It is further **ORDERED** that Defendant's motion to dismiss Relator's prior amended complaint (Dkt. 19) is **WITHDRAWN** without prejudice to filing a renewed motion to dismiss that addresses Relator's new live pleading.

Signed on March 25, 2024, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge