UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel*. DEIDRE GENTRY, <br><br> Plaintiff/Relator, <br><br> v. <br><br> ENCOMPASS HEALTH REHABILITATION, <br><br> Defendant. | § § § § § § § § § § § § § § § Civil Action No. 4:23-cv-01291 |

**ORDER**

With the Court having considered Defendant's Motion to Stay Discovery (ECF 35) pending resolution of Defendant's Motion Dismiss Amended Complaint (ECF 33), the papers submitted in support of and in opposition thereto, and arguments of counsel, if any, it is hereby Ordered that the Motion is **GRANTED**; and it is **FURTHER ORDERED** that discovery be hereby stayed until this Court's resolution of the Rule 12(b)(6) challenges raised in Defendant's Motion to Dismiss.

**SO ORDERED** this _____ day of _____, 2024.

_____
Hon. Yvonne Y. Ho
United States Magistrate Judge