# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DEIDRE GENTRY, <br><br> Plaintiff/Relator, <br><br> v. <br><br> ENCOMPASS HEALTH REHABILITATION HOSPITAL OF PEARLAND, LLC, <br><br> Defendant. | Civil Action No. 4:23-cv-01291 |

## ORDER

With the Court having considered Defendant's Motion to Dismiss Relator's Amended Complaint (ECF 33), the papers submitted in support of and in opposition thereto, and arguments of counsel, if any, it is hereby Ordered that the Motion is **DENIED**.

**SO ORDERED** this _____ day of _____, 2024.

_____
Hon. Charles Eskridge
United States District Judge